# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| JON MOORE, | ) |
|               Plaintiff, | ) Case No. 1:23-cv-1389-CFC |
| v. | ) |
| APPLIED MOLECULAR TRANSPORT INC., SHAWN CROSS, CHARLENE BANARD, TAHIR MAHMOOD, HOLLY SCHACHNER, JOHN W. SMITHER, and AARON VANDEVENDER, | ) JURY TRIAL DEMANDED |
|               Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: February 22, 2024

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*